# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0080
Lower Tribunal No. 22-SC-53413

_____

MICHELLE DECKER,

Appellant,

v.

KATEAU CERISME and PHIVE STAR HAIR BOUTIQUE, LLC,

Appellees.

_____

Appeal from the County Court for Orange County.
David P. Johnson, Judge.

November 15, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

SMITH and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Michelle Decker, Haines City, pro se.

No Appearance for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED